alleged to have been occasioned through the negligence of defendants. Intestate was killed as the result of a collision between an automobile which he was driving and two others, one driven by the servant of defendant, appellant, and the other driven by a defendant, as to whom the complaint was dismissed at the close of the evidence.

*John Bright* and *Joseph F. Mann* for appellant.
*Morton Lexow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ. Absent: ANDREWS and LEHMAN, JJ.

---

BRINA APPLEBAUM, Appellant, *v.* ABRAHAM GOLDSTEIN, Respondent.

*Negligence — motor vehicles — action to recover for injury resulting from collision of automobile in which plaintiff was riding with parked car.*

*Applebaum* v. *Goldstein*, 215 App. Div. 756, affirmed.
(Argued May 5, 1926; decided May 25, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department entered November 30, 1925, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff while riding as a guest in defendant's automobile which was being driven by his daughter was injured as the result of a collision with a parked car.

*James M. E. O'Grady* for appellant.
*Carlton Shaw* and *David B. Sugarman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ. Absent: ANDREWS and LEHMAN, JJ.